*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8888-GW(RZx) | Date | April 20, 2012 |
|---|---|---|---|
| Title | *Booker T. Washington v. Ritz Carlton Hotel Company, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On January 30, 2012, the Court granted Defendant's Motion for Judgment on the Pleadings.  Plaintiff was given until February 22, 2012 to file the First Amended Complaint.

No response or any amendment has been filed. Plaintiffs are hereby notified that this action is **dismissed.**

| | : |
|---|---|
| Initials of Preparer | JG |